**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7365**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIC GREGG FINLEY,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CR-90-6)

───────────

Submitted: January 21, 1999          Decided: February 9, 1999

───────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Eric Gregg Finley, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Gregg Finley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Finley, No. CR-90-6 (W.D. Va. Aug. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2